CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

PAUL D. VESTAL (CABN 348896)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7534
Email: paul.vestal@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MJ 26-70572-MAG |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| FREDIS DAVID CHAVEZ-MENCIA, | |
| Defendant. | |

With leave of the Court and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Criminal Complaint (Doc. 1) against Fredis David Chavez-Mencia.

DATED: June 11, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ Paul D. Vestal
PAUL D. VESTAL
Special Assistant United States Attorney

NOTICE OF DISMISSAL          1                              v. 8/4/2021
MJ 26-70572-MAG

Leave is granted to the government to dismiss the Criminal Complaint against defendant Fredis David Chavez-Mencia.

Date:   June 11, 2026

_Sallie Kim_
HON. SALLIE KIM
United States Magistrate Judge